IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES MCALPHIN,                                                                                     PLAINTIFF
ADC #88328

v.                              Case No. 2:17-cv-00093 KGB

CORRECT CARE SOLUTIONS, LLC, *et al.*,                                           DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Jerome T. Kearney (Dkt. No. 21). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects.

The Court denies Mr. McAlphin's motion for preliminary injunction and temporary restraining order (Dkt. No. 3). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 6th day of December, 2017.

Kristine G. Baker
United States District Judge