# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JAMES MCALPHIN,**                                                                                    **PLAINTIFF**
**ADC #88328**

v.                                         Case No. 2:17-cv-00093-KGB

**CORRECT CARE SOLUTIONS, LLC,** *et al.*                            **DEFENDANTS**

## ORDER

      The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 45). Defendants Correct Care Solutions, LLC, and Yee Yong filed objections to the Proposed Findings and Recommendations (Dkt. No. 46). Plaintiff James McAlphin also filed objections (Dkt. No. 47). After a review of the Proposed Findings and Recommendations and all objections filed, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 45). It is therefore ordered that defendants' motion to revoke Mr. McAlphin's *in forma pauperis* status be denied.

      So ordered this the 17th day of May, 2018.

                                                           Kristine G. Baker
                                                           United States District Judge