**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JAMES MCALPHIN,**                                                                                **PLAINTIFF**
**ADC #88328**

**v.**                                          **Case No. 2:17-cv-00093-KGB**

**CORRECT CARE SOLUTIONS, LLC,** *et al.*,                                          **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

James McAlphin's complaint and amended complaint are dismissed.

So adjudged this 23rd day of March, 2019.

Kristine G. Baker
United States District Judge